UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. MAHE,<br><br>                              Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                            Defendants. | Case No. 3:20-cv-00261-MMD-CLB<br><br>**ORDER** |

**I.      DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis* and has submitted an emergency temporary restraining order.  (ECF Nos. 1, 1-1).  Plaintiff has not filed a complaint in this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff **thirty (30) days** from the date of this order to submit a complaint to this Court.  The Court will defer a decision on the application to proceed *in forma pauperis* until Plaintiff submits a proper initiating document for this case.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that a decision on the application to proceed *in forma pauperis* (ECF No. 1) is deferred.

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court will also send Plaintiff a copy of his emergency temporary restraining order (ECF No. 1-1).

///

1    IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: May 4, 2020.

_____
UNITED STATES MAGISTRATE JUDGE