AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __NEVADA__

JASON A. MAHE

Plaintiff (s),

V.

NV DEPARTMENT OF CORRECTIONS, ET AL

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-00261-MMD-CLB

Notice is hereby given that, subject to approval by the court, __JASON A. MAHE__ substitutes
(Party (s) Name)

__THOMAS J. GIBSON__, State Bar No. __3995__ as counsel of record in
(Name of New Attorney)

place of __JASON A. MAHE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: NYE LEGAL
Address: 1601 E Basin Ave, Ste 302, Pahrump, NV 89060
Telephone: 775-209-1035     Facsimile: (775) 624-9778
E-Mail (Optional): thomas@nyelegal.com

I consent to the above substitution.
Date: 9-25-20

x _Jason A. Mahe_
x _Jason A. Mahe_
(Signature of Party (s))

I consent to being substituted.
Date: 9-25-20

x _Jason A. Mahe_
x _Jason A. Mahe_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/5/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 5, 2020

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]