UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON MAHE,<br><br>                               Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, et al.,<br><br>                              Defendant. | Case No. 3:20-CV-0261-MMD-CLB<br><br>**ORDER** |

Plaintiff filed a document asking the Clerk to send a copy of this entire case file and the entire case file of case number 3:20-CV-0290-MMD-CLB (ECF No. 38). Thereafter, plaintiff filed a substitution of counsel and Thomas Gibson, Esq. is now representing plaintiff in this action (ECF No. 40). Mr. Gibson is a registered user of this court's case management/electronic filing system ("CM/ECF"). Therefore, the court believes plaintiff's request (ECF No. 38) is likely now moot and is **DENIED**.

**IT IS SO ORDERED.**

**DATED**: October 9, 2020

                                                    **UNITED STATES MAGISTRATE JUDGE**