**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MAHE,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>                    Defendants. | 3:20-cv-0261-MMD-CLB<br><br>**ORDER** |

Plaintiff acting *in pro se* has filed a motion with three requests: 1) copies of exhibits; 2) copy work extension; and 3) an order requiring the phone company to "privilege lawyers number." (ECF No. 63/64/65).

Plaintiff is represented by counsel in this case (ECF No. 40). " … [A] party who has appeared by an attorney cannot while so represented appear or act in the case." LR IA 11-6. Therefore, plaintiff's motions (ECF Nos. 63, 64, & 65) are hereby **STRICKEN.**

**DATE:** June 29, 2021 .

                                                    _____
                                                    **UNITED STATES MAGISTRATE JUDGE**