# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON MAHE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants. | 3:20-cv-0261-MMD-CLB<br><br>**ORDER GRANTING MOTION<br>TO EXTEND TIME**<br><br>[ECF No. 67] |

　　　Before the Court is Defendants' motion for an extension of time to August 27, 2021 to file a dispositive motion. (ECF No. 67.) Defendants cite the extensive discovery in this case as well as workload as grounds for the extension. (*Id.*) Plaintiff, through counsel, has opposed the motion alleging Defendants' counsel is merely delaying this case and having difficultly with time management. (ECF No. 68.)  No reply was filed.

　　　The Court finds that Defendants' request for an extension of time is reasonable and not intended to cause delay. Therefore, Defendants' motion for an extension of time to August 27, 2021 (ECF No. 67) is **GRANTED.**

DATE:  July 30, 2021         .

**UNITED STATES MAGISTRATE JUDGE**

1