**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MAHE, | 3:20-cv-0261-MMD-CLB |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S DECLARATION AND EVIDENCE EXHIBITS** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | [ECF No. 70] |

Plaintiff acting *in pro se* has filed a document entitled, "Declaration and Evidence/Exhibits Interference with Lawyer Access." (ECF No. 70.) Plaintiff is represented by counsel in this case. (ECF No. 40.) " . . . [A] party who has appeared by an attorney cannot while so represented appear or act in the case." LR IA 11-6. Therefore, plaintiff's document, (ECF No. 70), is hereby **STRICKEN.**

**DATE:** August 13, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**