**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MAHE,<br><br>                         Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>                         Defendants. | 3:20-cv-0261-MMD-CLB<br><br>**ORDER STRIKING<br>PLAINTIFF'S DECLARATION<br>AND EVIDENCE EXHIBITS**<br><br>[ECF Nos. 72 & 73] |

Plaintiff acting *in pro se* has filed two documents entitled: 1) Emergency Intervention Declaration and Exhibits, (ECF No. 72), and 2) Exhibits to be Entered due to NCC's Staff Interference. (ECF No. 73.)  Plaintiff is represented by counsel in this case. (ECF No. 40.) " . . . [A] party who has appeared by an attorney cannot while so represented appear or act in the case." LR IA 11-6. Therefore, plaintiff's documents, (ECF Nos. 72 & 73), are hereby **STRICKEN.**

**DATE:**  August 20, 2021          .

_____
**UNITED STATES MAGISTRATE JUDGE**

1